UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE ANTONIO SANCHEZ
COLINA,

       Petitioner,

    v.                       Case No.:  2:26-cv-01272-SPC-NPM

WARDEN, FLORIDA SOFT SIDE
SOUTH *et al.*,

       Respondents,

                              /

## **OPINION AND ORDER**

Before the Court is Jose Antonio Sanchez Colina's Petition for Writ of Habeas Corpus (Doc. 1).  The Court served the petition on the U.S. Attorney General and the local U.S. Attorney's Office and ordered the government to respond to all allegations, grounds and arguments by April 29, 2026.  The warden of Alligator Alcatraz filed motion to dismiss without addressing the merits of the petition, and the rest of the respondents failed to appear.

Sanchez Colina is a native and citizen of Venezuela who applied for entry in the United States.  On June 8, 2016, the Department of Homeland Security ("DHS") admitted Sanchez Colina until December 7, 2016.  Sanchez Colina remained in the country beyond that date, and an immigration judge ordered him removed on June 17, 2019.  But DHS designated Venezuela for temporary protected status ("TPS") on October 3, 2023, and on January 31, 2024, U.S.

Citizenship and Immigration Service granted Sanchez Colina's application for TPS. On January 17, 2025, DHS extended the 2023 designation through October 2, 2026.

On February 5, 2025, DHS terminated the 2023 designation and the 2025 extension. *Termination of the October 3, 2023 Designation of Venezuela for Temporary Protected Status*, 90 FR 9040-01 (Feb. 5, 2025). That termination and vacatur was set aside in *Nat'l TPS All. v. Noem*, 798 F. Supp. 3d 1108 (N.D. Cal. 2025), because the court found it violated the Administrative Procedures Act. The Supreme Court stayed the district court's order, but it appears that stay has expired. *See Noem v. Nat'l TPS All.*, 146 S. Ct. 23, 24 (2025) and *Nat'l TPS All. v. Noem*, 166 F.4th 739 (9th Cir. 2026). Sanchez Colina alleges the 2023 termination cut his TPS short, and no respondents has appeared to contest that claim. Since the 2023 termination has been set aside, Sanchez Colina's TPS was never lawfully terminated.

On April 6, 2026, DHS arrested Sanchez Colina and detained him at Alligator Alcatraz. "An alien provided temporary protected status under this section shall not be detained by the Attorney General on the basis of the alien's immigration status in the United States." 8 U.S.C. § 1254a(d)(4). Thus, Sanchez Colina's detention is unlawful.

Accordingly, it is hereby

**ORDERED**:

2

Jose Antonio Sanchez Colina's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

(1)    Within **24 hours** of this Order, the respondents shall release Sanchez Colina from custody and facilitate his transportation from the facility by notifying his counsel when and where he may be collected.

(2)    The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

(3)    The Clerk is also **DIRECTED** to email a copy of this order to USAFLM.Alcatraz@usdoj.gov.

**DONE AND ORDERED** in Fort Myers, Florida on May 4, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record

3